# WILL.

## PRINCE v. HAZLETON, 20 J. R. 502.

### *Nuncupative Will.*

THE Court of Errors held in this case, reversing the decisions of the Surrogate and of the Court of Probates, that a *nuncupative will* is not good unless it be made when the testator is *in extremis*, or overtaken by sudden and violent sickness and has not time to make a will. And that the words, "last sickness" within the provision of the statute, (Sess. 36, ch. 31, § 14,) is to be understood *last extremity*.